UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

Alexander Klein, individually and on behalf of all others similarly situated,

                        Plaintiff,

    -v.-

FMA Alliance, Ltd.
and John Does 1-25

                        Defendants.

Civil Action No:
1:21-cv-01516

-------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 14, 2021

                                                             Respectfully Submitted,

                                                              /s/Raphael Deutsch
                                                             Raphael Deutsch, Esq.
                                                             **Stein Saks, PLLC**

One University Plaza  
Hackensack, NJ 07601  
rdeutsch@steinsakslegal.com  
Tel. 201-282-6500  
Fax 201-282-6501  
*Attorneys for Plaintiff*

### Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 14th day of July, 2021                                          Respectfully Submitted,

*/s/ Raphael Deutsch*
Raphael Deutsch

**SO ORDERED.**

s/ WFK
_____

Dated: July 19, 2021                                          HON. WILLIAM F. KUNTZ, II
Brooklyn, NY                                                     UNITED STATES DISTRICT JUDGE